UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NEVAN FISHER and** <br> **GERALDINE FISHER,** <br><br> Plaintiff(s), <br><br> vs. <br><br> **COUNTY OF MADISON, IL, et al.,** <br><br> Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> )   No.   **03-CV-58 DRH** <br> ) <br> ) <br> ) <br> ) |

### ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This   28th   day of   July  , 2005

/s/   David RHerndon

**UNITED STATES DISTRICT JUDGE**